IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| FIMBANK PLC | § | |
| | § | CIVIL ACTION NO. 2:19-cv-264 |
| v. | § | |
| | § | 19-cv-_____ |
| DISCOVER INVESTMENT CORP; | § | |
| SAM SHIPPING MANAGEMENT | § | ADMIRALTY RULE 9(h) |
| S.A.; SHIPPING ASSET | § | |
| MANAGEMENT (SAM) S.A.; and | § | |
| SPV SAM EAGLE INC. | § | |

## DECLARATION OF ANDREW R. NASH THAT THE DEFENDANTS CANNOT BE FOUND WITHIN THE DISTRICT

Pursuant to 28 U.SC. § 1746, this declaration is executed by Andrew R. Nash, counsel for Plaintiff, FIMBANK PLC, in order to secure the issuance of a Summons and Process of Maritime Attachment and Garnishment in the above-captioned Admiralty Cause.

I, Andrew R. Nash, declare under the penalty of perjury:

1. I am an attorney at the law firm of Phelps Dunbar LLP, counsel for Plaintiff FIMBANK PLC in the above captioned matter.

2. I submit this declaration in support of Plaintiff's request for the issuance of Process of Maritime Attachment and Garnishment of the property of the above-referenced Defendants, pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

3. I have read the foregoing Verified Complaint and know the contents thereof and believe the same to be true and accurate to the best of my knowledge, information and belief.

4. With the assistance of co-counsel, I have researched and inquired whether any Defendants have a presence or can be found within in this District.

PD.26978965.1

EXHIBIT A

5. With the assistance of co-counsel, I have reviewed the database of business entities on file with the Texas Secretary of State. The search produced no record of any Defendant ever being registered or authorized to transact business in the state of Texas. Accordingly, I have determined that as of September 12, 2019, none of these Defendants are incorporated or registered as foreign corporations pursuant to the laws of Texas. In addition, no Defendant has either nominated or appointed any agent for the service of process within this District.

6. An internet search of the Whitepages directory identified no telephone listing or address within this District for any of the Defendants.

7. A general internet search via Google identified no information suggesting the presence of any of the Defendants within this District.

8. I am unaware of any general or managing agent(s) of the named Defendants within this District.

9. I have found no indication that the Defendants can be found within this District. Defendants do not have sufficient contacts or business activities within this District and do not have any offices or agents within this District.

10. I have formed a good faith belief that Defendants do not have sufficient contacts or business activities within this district to defeat maritime attachment under Rule B. It is my belief, based upon this investigation, that Defendants cannot be found within this district for the purposes of Fed. R. Civ. P. Supplemental Rules for Certain Admiralty and Maritime Claims, Rule B.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 12, 2019
Houston, Texas

_____
Andrew R. Nash

Ivan M. Rodriguez
Texas Bar No. 24058977
Fed ID. 4566982
ivan.rodriguez@phelps.com
Andrew R. Nash
Texas Bar No. 24083550
Fed ID: 1690806
andy.nash@phelps.com
Phelps Dunbar LLP
500 Dallas Street, Suite 1300
Houston, Texas 77002
Telephone: (713) 626-1386
Telecopier: (713) 626-1388
ATTORNEYS FOR PLAINTIFF,
FIMBANK PLC

OF COUNSEL:
Floyd Zadkovich (US) LLP
Edward W. Floyd ed.floyd@floydzad.com
Telephone: (917) 999 - 6914
215 Park Ave. South, 11th Floor
New York, New York 10003
*Application for Pro Hac Vice admission pending