USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

Case 2:19-cv-00264 Document 11 Filed on 09/17/19 in TXSD Page 1 of 2

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

United States Courts
Southern District of Texas
FILED
SEP 17 2019
David J. Bradley, Clerk of Court

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| FIMBANK PLC | 19-cv-00264 |
| DEFENDANT | TYPE OF PROCESS |
| Discover Investment Corp; Shipping Management (SAM) S.A. et. al | Maritime attachment |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Motor vessel SAM EAGLE IMO No. 9559676
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Ivan M. Rodriguez; Andy R. Nash
Phelps Dunbar LLP
500 Dallas Street, Suite 1300; Houston, Texas 77002
(713) 225-7275; ivan.rodriguez@phelps.com

| Number of process to be served with this Form 285 | 4 |
|---|---|
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

The vessel to be attached, MV SAM EAGLE IMO No. 9559676 will berth at the Port of Corpus Christi on September 14, 2019. According to the Corpus Christi Harbormaster (361 882 1773) the vessel's intended berth will be Cargo Dock #10 within the Port of Corpus Christi.

Signature of Attorney other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: 361 563 6715 / (713) 225-7275
DATE: 9/13/19

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| | | | S. OSTTELMER | 9/16/19 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
UKRDINEKIN, SERGIY

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 9/16/19   Time: 1225   ☒ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:
SERVED ON CAPTAIN OF M/V SAM EAGLE IN CONJUNCTION WITH SHIPPING ASSET MANAGEMENT FOR SAM SHIPPING MANAGEMENT S.A.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:19-cv-264

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* SAM SHIPPING MANAGEMENT SA.
was received by me on *(date)* 9/13/19 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* UKRAINEKIN, SERGIY , who is
designated by law to accept service of process on behalf of *(name of organization)* M/V SAM EAGLE
CAPTAIN on *(date)* 9/16/19 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9/16/19

*Server's signature*

S. OSTREICHER     DUSM
*Printed name and title*

1133 N. SHORELINE BLVD. CORPUS CHRISTI, TX 78401
*Server's address*

Additional information regarding attempted service, etc: