United States District Court
Southern District of Texas
**ENTERED**
March 20, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| FIMBANK PLC, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:19-CV-264 |
| | § | |
| DISCOVERY INVESTMENT CORP., *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING MOTION FOR AN ENDURING SEALING ORDER

After considering Defendant's Motion for an Enduring Sealing Order (D.E. 101), this Court is of the opinion that such should be granted. Further, no party has filed a response to said motion and it is deemed to be unopposed. L.R. 7.4.

It is **ORDERED** that Defendant's Motion for an Enduring Sealing Order (D.E. 101) is hereby **GRANTED**, therefore, confidential documents filed under seal with the Court are hereby sealed until the Court orders otherwise.

ORDERED this 20th day of March, 2020.

_____
Julie K. Hampton
United States Magistrate Judge