United States District Court
Southern District of Texas
**ENTERED**
August 31, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| FIMBANK PLC, *et al*, | § § | |
| Plaintiffs, | § § | |
| VS. | § | CIVIL ACTION NO. 2:19-CV-00264 |
| DISCOVERY INVESTMENT CORP., *et al*, | § § § § | |
| Defendants. | § § | |

## **ORDER**

Now pending is Credit Suisse AG's "Motion to Intervene" (D.E. 165). Credit Suisse's separately filed action in case number 4:20-cv-01158 was already consolidated into this case. (D.E. 129). In order to fully protect its interests, Credit Suisse now seeks to intervene in this case as well. No party filed opposition to the motion, which is considered unopposed. *See* Local Rule 7.4. Accordingly, the motion (D.E. 165) is GRANTED.

ORDERED this 31st day of August, 2020.

_____
Julie K. Hampton
United States Magistrate Judge