United States District Court
Southern District of Texas
**ENTERED**
April 06, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| FIMBANK PLC, § § Plaintiff, § VS. § DISCOVERY INVESTMENT CORP., *et al*, § § § Defendants. § | CIVIL ACTION NO. 2:19-CV-00264 |

## FINAL JUDGMENT

Pursuant to the Court's dispositive Orders (D.E. 132, 144, 152, 156, 185, 204, 205, 207, 208), the Court enters final judgment dismissing this action.

ORDERED this 6th day of April, 2021.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE